**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-CV-620-FDW-DSC**

| | | |
|---|---|---|
| ROBYN ADOLPHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE** |
| | ) | |
| AMERICAN HOME MORTGAGE SERVICING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court pursuant to Defendant American Home Mortgage Servicing, Inc.'s Motion to Dismiss pursuant to Ruler 12(b)(6) for failure to state a claim upon which relief can be granted or in the alternative for a more definite statement pursuant to Rule 12(e). (Doc. No. 12).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that in order to survive a 12(b)(6) motion to dismiss for failure to state a claim upon which relief can be granted, Plaintiffs' "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Ashcroft v. Iqbal, ___ U.S. ___, 129 S. Ct. 1937, 1949 (2009) (citing Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the plaintiff pleads sufficient factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Id. (citing Twombly, 550 U.S. at 556).

Plaintiff is hereby advised that she has twenty-one (21) days, or until **Monday, February 21, 2011**, to file a response to Defendant's Motion in light of the above standard. Plaintiff's

response must be served on Defendants and must include a certificate of service indicating the manner in which Plaintiff served Defendant.  <u>Plaintiff's failure to respond may result in Defendant being granted the relief it seeks, which is dismissal of Plaintiff's complaint.</u>

The Clerk is directed to send a copy of this Notice to Plaintiff at 8947 Myra Way, Charlotte, NC which is Plaintiff's address of record, and to counsel for the Defendant.

IT IS SO ORDERED.

Signed: January 31, 2011

Frank D. Whitney
United States District Judge