# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robyn Adolphe ,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                  3:10-cv-620

American Home Mortgage Servicing, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 13, 2011 Order.

Signed: May 13, 2011

Frank G. Johns, Clerk
United States District Court